The People of the State of New York, Respondent, v Robert Morales, Appellant. [978 NYS2d 850]—

Although the record does not establish a valid waiver of de-

fendant's right to appeal, we find that the court properly exercised its discretion in denying youthful offender treatment, and we perceive no basis for reducing the sentence. Concur—Acosta, J.P., Saxe, Moskowitz and Feinman, JJ.